```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 20822
    LEE STAPLETON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-3787


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/24/2005 and was confirmed 08/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  95.81% from remaining funds.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AAA CHECKMATE              UNSECURED        1944.97         .00       1863.53
AAA CHECKMATE              NOTICE ONLY    NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED         .00           .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED         .00           .00
SIR FINANCE                UNSECURED        1597.00         .00       1530.12
SIR FINANCE                NOTICE ONLY    NOT FILED         .00           .00
ST MARY OF NAZARETH        UNSECURED      NOT FILED         .00           .00
ST MARY NAZARETH HOSPITA   NOTICE ONLY    NOT FILED         .00           .00
LEDFORD & WU               DEBTOR ATTY     2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                      386.35
DEBTOR REFUND              REFUND                                       164.80

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,644.80

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    3,393.65
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           386.35
DEBTOR REFUND                                  164.80
                     ---------------        ---------------
TOTALS               6,644.80                6,644.80




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 20822 LEE STAPLETON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE